**ORDERED.**

Dated: February 18, 2011

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30936

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Debra A. Merkel<br>       Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities 2006-AC2<br><br>       Movant,<br>  vs.<br><br>Debra A. Merkel, Debtor; Stanley J. Kartchner, Trustee.<br><br>       Respondents | No. 4:10-bk-34522-EWH<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #12) |

On this day came on for consideration, U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities 2006-AC2, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

    6215 97th St. NE
    Marysville WA 98270

and legally described as:
LOT 103,ROLLING GREEN ESTATES REPLAT. ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 30 OF PLATS,PAGE(S) 41-42, RECORDS OF SNOHOMISH COUNTY. WASHINGTON. SITUATE IN THE COUNTY OF SNOHOMISH, STATE OF WASHINGTON